UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | ) | |
| | ) | **1:10-cr-23** |
| **v.** | ) | |
| | ) | **Judge Collier/Carter** |
| | ) | |
| **MARCUS SMITH,** | ) | |
| **KELLY ADAMS,** | ) | |
| **JAMES MILLER, also known as** | ) | |
| **"Dozer,"** | ) | |
| **STEVEN TUCKER, also known as** | ) | |
| **"Steve-O"** | ) | |
| **JERAMY RITTENHOUSE, also known** | ) | |
| **as "Cracker,"** | ) | |
| **RONALD HOWARD, also known as** | ) | |
| **"Snake," and** | ) | |
| **ROBERT BOONE, also known as "BB"** | ) | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that from in or about December 2008, until in or about May 2009, in the Eastern District of Tennessee, the defendants, MARCUS SMITH, JAMES MILLER, also known as "Dozer," STEVEN TUCKER, also known as "Steve-O," JERAMY RITTENHOUSE, also known as "Cracker," RONALD HOWARD, also known as "Snake," and ROBERT BOONE, also known as "BB," and others known and unknown to the Grand Jury did combine, conspire, confederate and agree to knowingly, intentionally, and without authority to violate Title 21 United States Code, Section 841(a)(1), that is, to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO

The Grand Jury further charges that on or about December 6, 2008, in the Eastern District of Tennessee, the defendants, MARCUS SMITH and JAMES MILLER, also known as "Dozer," aided and abetted by each other, did knowingly, intentionally, and without authority distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE

The Grand Jury further charges that on or about December 6, 2008, in the Eastern District of Tennessee, the defendants, STEVEN TUCKER, also known as "Steve-O," and RONALD HOWARD, also known as "Snake," aided and abetted by each other, did knowingly, intentionally, and without authority possess with the intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FOUR

The Grand Jury further charges that on or about December 15, 2008, in the Eastern District of Tennessee, the defendant, ROBERT BOONE, also known as "BB," did knowingly, intentionally, and without authority distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FIVE

The Grand further Jury charges that from in or about December, 2008, and continuing until in or about January, 2009, in the Eastern District of Tennessee, the defendants, MARCUS SMITH, KELLY ADAMS, and JAMES MILLER, also known as "Dozer," and others known and unknown to the Grand Jury did combine, conspire, confederate and agree to knowingly, intentionally, and without authority violate Title 21, United States Code, Section 841(a)(1), that

is, to distribute five grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

**COUNT SIX**

The Grand Jury further charges that on or about December 23, 2008, in the Eastern District of Tennessee, the defendants, MARCUS SMITH and JAMES MILLER, also known as "Dozer," aided and abetted by each other, did knowingly, intentionally, and without authority distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT SEVEN**

The Grand Jury further charges that on or about January 7, 2009, in the Eastern District of Tennessee, the defendants, MARCUS SMITH and JAMES MILLER, also known as "Dozer," aided and abetted by each other, did knowingly, intentionally, and without authority distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT EIGHT**

The Grand Jury further charges that on or about January 7, 2009, in the Eastern District of Tennessee, the defendants, MARCUS SMITH and KELLY ADAMS, aided and abetted by each other, did knowingly, intentionally, and without authority possess with the intent to distribute five grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

**COUNT NINE**

The Grand Jury further charges that on or about January 7, 2009, in the Eastern District of Tennessee, the defendant, MARCUS SMITH, did knowingly, intentionally, and without authority possess with the intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TEN

The Grand Jury further charges that on or about January 16, 2009, in the Eastern District of Tennessee, the defendants, STEVEN TUCKER, also known as "Steve-O," and JERAMY RITTENHOUSE, also known as "Cracker," aided and abetted by each other, did knowingly, intentionally, and without authority distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL

 /s/ Grand Jury Foreperson
FOREPERSON OF THE GRAND JURY

James R. Dedrick
United States Attorney

By: /s/ Christopher D. Poole
    Christopher D. Poole
    Assistant U.S. Attorney