# CRIMINAL CASE COVER SHEET    U.S. ATTORNEY'S OFFICE

**Place of Offense:**

**City:** Chattanooga

**County:** Hamilton

**Defendant Information:**

**Juvenile** ___ Yes ___ No      **Matter to be Sealed:** X Yes ___ No

**Defendant Name:** Marcus Smith, Kelly Adams, James Miller, Steven Tucker, Jeramy Rittenhouse, Ronald Howard, Robert Boone

**Total # of Counts:** ___ Petty ___ Misdemeanor (Class ___) _10_ Felony

|       | U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|-------|-------------------------------------------------------|----------|
| Set 1 | Title 21 United States Code, Section 841(a)(1)        | 1-10     |
| Set 2 | Title 21, United States Code, Section 846             | 1, 5     |
| Set 3 | Title 21, United States Code, Section 841(b)(1)(B)    | 5, 8     |
| Set 4 | Title 21, United States Code, Section 841(b)(1)(C)    | 1, 2, 3, 4, 6, 7, 9, 10 |
| Set 5 | Title 18, United States Code, Section 2               | 2, 3, 6, 7, 8, 10 |

(Use tab key after entering counts to create additional rows)

Criminal Complaint Filed:   Yes _____ Case No. _____   No __x__

For Informations, name of defendant's attorney: _____

Retained: _____      Appointed: _____

Interpreter: Yes ___ Language _____ No ___

Related Case(s)–Include case number(s) and how related:

_____

Date: 2/23/2010                    Signature of AUSA:  /s/ Christopher D. Poole